In the Interest of J.D.J., S.A.J., L.J.J., & D.T.J., Minor Children.

Nos. 52527, 52528, 52529 and 52530.

Missouri Court of Appeals, Eastern District, Division Two.

Dec. 22, 1987.

David Allyn Shaller, Clayton, for appellant.

Susan Goodwin, Clayton, for Juvenile Officer.

### ORDER

PER CURIAM:

Mother appeals from judgment of Juvenile Court terminating her parental rights in her four children. The parties have been furnished with a memorandum of our rea-

---

**4.** We do not address the issues raised where the defendant is a stranger both to the lease and prospective sub-lease.

sons for affirmance. Affirmed in accordance with Rule 84.16(b).